```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 02310
    LAWRENCE GREEN
    DOROTHY GREEN                              CHAPTER 13

                                               JUDGE: JACQUELINE P COX
            Debtor
    SSN XXX-XX-8099    SSN XXX-XX-4423

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/01/2008 and was not confirmed.

     The case was dismissed without confirmation 03/31/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID        PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED        3670.46         .00         .00
HSBC CARD SERVICES         UNSECURED       NOT FILED        .00         .00
SALUTE                     UNSECURED       NOT FILED        .00         .00
CREDIT ONE BANK            UNSECURED       NOT FILED        .00         .00
FIRST CASH ADVANCE         UNSECURED       NOT FILED        .00         .00
PRO SE DEBTOR              DEBTOR ATTY          .00                     .00
TOM VAUGHN                 TRUSTEE                                      .00
DEBTOR REFUND              REFUND                                       .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                       ---------------      ---------------
TOTALS                     .00                     .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                               /s/ Tom Vaughn
     Dated: 06/25/08          _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE
```